IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KEVIN J. HARDY and CLARENCE MILAM, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) NO. 3:07-01024 ) JUDGE HAYNES |
| MONTGOMERY COUNTY JAIL, SGT. LEE, DEPUTY WEATHERBEE, and DEPUTY WAGNER, | ) ) ) ) ) |
| Defendants. | ) |

## O R D E R

In accordance with the Memorandum filed herewith, the Defendants' motion for summary judgment (Docket Entry No. 66) is **GRANTED**. Plaintiffs' claims are hereby **DISMISSED** with prejudice.

Any appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the ___ day of June, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge